UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LEE OLLIE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-00027-JLS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), Petitioner's Response and Further Response to an Order to Show Cause (Dkt. 7, 9), in which Petitioner clarifies the grounds for relief he asserts in the Petition, the Answer to the Petition and supporting records filed by Respondent (Dkt. 14, 15), and the Report and Recommendation of the United States Magistrate Judge. No party filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1)　Respondents Xavier Becerra and Alex Villanueva are dismissed from the action as improper Respondents; and

(2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: November 17, 2020

_____
JOSEPHINE L. STATON
United States District Judge

2