JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LEE OLLIE, | Case No. 2:20-cv-00027-JLS (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| XAVIER BECERRA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: November 17, 2020

_____
JOSEPHINE L. STATON
United States District Judge